300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/appellate/unpublished/a3761-15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/appellate/unpublished/a3061-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3161-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3361-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3701-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3721-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3731-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a1761-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3741-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3961-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3751-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3761-14.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3765-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3766-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3767-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3861-15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443